IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EDGAR MARTINEZ VELLON,**
**ADC #134175, et al.**                                                                                       **PLAINTIFFS**

v.                               Case No. 4:13-cv-00397-KGB-JTK

**AARON BROCK, et al.**                                                                                        **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 16th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE